Jack T. MORGAN, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 33512.

Missouri Court of Appeals, Western District.

Jan. 25, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 29, 1983.

Daniel L. Radke, Asst. Public Defender, St. Joseph, for movant-appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MAN-FORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Judgment from dismissal of Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).